# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE JONES** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | **NO. 23-3115** |
| **v.** | : | |
| | : | |
| **JOHN RIVELLO, *et al.*,** | : | |
| *Respondents* | : | |

# ORDER

**AND NOW,** this 7th day of July 2026, upon consideration of *pro se* Petitioner Maurice Jones' ("Petitioner") *petition for writ of habeas corpus*, [ECF 1], Respondent's response in opposition to the petition, [ECF 18], and after a careful review of the Report and Recommendation issued by United States Magistrate Judge Caroline Goldner Cinquanto, [ECF 20], to which no objections were filed[1], is hereby **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  The *petition for a writ of habeas corpus* is **DISMISSED,** as untimely filed, and with prejudice, without an evidentiary hearing; and

3.  Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED.**

4.  The Clerk of Court shall mark this matter **CLOSED.**

**BY THE COURT:**
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] On June 10, 2026, Magistrate Judge Goldner Cinquanto filed the Report and Recommendation ("R&R"), recommending that the *habeas* petition be dismissed, as untimely filed. [ECF 20]. As of the date of this Order, Petitioner has not filed any objections to the R&R and his time to do so has expired. In the absence of any objections, the R&R is reviewed under the "plain error" standard. *See Facyson v. Barnhart*, 2003 WL 22436274, at *2 (E.D. Pa. May 30, 2003). Under this plain error standard of review, an R&R should only be rejected if the magistrate judge commits an error that was "(1) clear or obvious, (2) affect[ed] 'substantial rights,' and (3) seriously affected the fairness, integrity or public reputation of judicial proceedings." *Leyva v. Williams*, 504 F.3d 357, 363 (3d Cir. 2007) (internal quotations and citations omitted). Here, after a thorough independent review of the record and the R&R, this Court finds that the *habeas* petition is untimely filed, that no error was committed by the Magistrate Judge and, therefore, this Court approves and adopts the R&R in its entirety.